Alex Lehtman, appellee, v. I. A. Thomas, appellant. Gen. No. 37,976.

Opinion filed November 5, 1935.
Weightstill Woods, for appellant. No appearance for appellee.
Mr. Justice Friend delivered the opinion of the court.

Carl W. Himmelberg, appellant, v. Paul Sternburg, appellee. Gen. No. 38,011.

Opinion filed November 5, 1935.
Jacob Kosbie, for appellant. No appearance for appellee.
Mr. Justice Friend delivered the opinion of the court.

Joseph Graziano, appellee, v. American Railway Express Company, appellant. Gen. No. 38,015.

Opinion filed November 5, 1935.
Cutting, Moore & Sidley, for appellant; F. Himmelhoch and Howard Neitzert, of counsel. Rocco DeStefano and Irving G. Zazove, for appellee.
Mr. Justice Friend delivered the opinion of the court.

Arthur M. Gelden, appellee, v. Prairie State Bank, appellant. Gen. No. 37,498.

Opinion filed November 5, 1935.
Campbell, Clithero & Fischer, for appellant. Barney L. Hollowick and William Levine, for appellee.
Mr. Justice Sullivan delivered the opinion of the court.